UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANIEL D. NORTH CUTT,<br><br>           Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br><br>           Defendant. | No.  CV-05-0229-MWL<br><br>ORDER GRANTING JOINT<br>MOTION FOR REMAND |

    The parties have filed a stipulation for remand of the above captioned case to the Commissioner for further administrative proceedings. (Ct. Rec. 19). The parties have consented to proceed before a magistrate judge. (Ct. Rec. 7). After considering the stipulation,

    **IT IS ORDERED** that the above-captioned case be remanded for further administrative proceedings. Upon remand, the Administrative Law Judge ("ALJ") will: (1) Update the record regarding Plaintiff's impairments; (2) Further evaluate the medical source opinions from John Severinghaus, Ph.D., Eugene Kester, M.D., and Jay Toews, Ph.D.; (3) Document the findings concerning Plaintiff's mental impairments in the decision pursuant to 20 C.F.R. §§ 404.920(a)(e)(2) and 416.920(a)(e)(2);

ORDER RE: STIPULATED REMAND - 1

(4) Reassess Plaintiff's residual functional capacity to include all limitations resulting from all severe mental and physical impairments; and (5) Reassess Plaintiff's ability to perform other work at step five.

Plaintiff's subsequent application for disability benefits filed on May 14, 2003, will be consolidated with Plaintiff's 2002 applications.

Accordingly, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

**IT IS FURTHER ORDERED:**

1. The parties Joint Motion to Remand (**Ct. Rec. 19**) is **GRANTED**.

2. Judgment shall be entered for the **PLAINTIFF**.

3. An application for attorney fees may be filed by separate motion.

4. The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall **close** this file.

DATED this   26th   day of January, 2006.

                                             S/ Michael W. Leavitt
                                           MICHAEL W. LEAVITT
                                    UNITED STATES MAGISTRATE JUDGE